

Attorneys at Law

Trinity Centre
115 Broadway, 17th Floor
New York, NY 10006
Tel: (212) 566-1000
Fax: (212) 566-1068
email@sullivanbrill.com

November 8, 2010

VIA ECF
Honorable Brian M. Cogan
United States District Court Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

  RE: United States v. Larry Falls
    10-108 (BMC)

Dear Judge Cogan:

  After conferencing the issue with Mr. Falls, he has advised me that he does not wish to make a pre-trial suppression motion regarding his post-arrest statement.

         Yours truly,

         SULLIVAN & BRILL, LLP

         /S/ Steven Brill
         By: Steven Brill

cc: AUSA Carter Burwell, via ECF